**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1466**

PAUL A. MITCHELL,

               Plaintiff - Appellant,

     v.

PHILIP A. BADDOUR, JR., In individual and official capacity
as Board of Trustees Attorney, Wayne Community College; KAY
ALBERTSON, In individual and official capacity as President
and Secretary to the Board of Trustees, Wayne Community
College,

               Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard,
Senior District Judge.  (5:15-cv-00083-H)

Submitted:  September 29, 2016     Decided:  October 3, 2016

Before SHEDD, KEENAN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Paul A. Mitchell, Appellant Pro Se.  Mary Margaret Dillon, ELLIS
& WINTERS, LLP, Cary, North Carolina; Nora Foster Sullivan,
ELLIS & WINTERS, LLP, Raleigh, North Carolina; Jason Vincent
Federmack, Patricia Lee Holland, JACKSON LEWIS PC, Raleigh,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul A. Mitchell appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Mitchell v. Baddour, No. 5:15-cv-00083-H (E.D.N.C. Mar. 24, 2016). We deny Mitchell's motion for a restraining order and expedited hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2